# IN THE SUPREME COURT OF THE STATE OF NEVADA

DARNELL WEBSTER,
               Appellant,
        vs.
THE STATE OF NEVADA,
               Respondent.

No. 85472

**FILED**

OCT 24 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se notice of appeal from a district court order denying a postconviction petition for a writ of habeas corpus. Eighth Judicial District Court, Clark County; Tierra Danielle Jones, Judge.

This court's review of this appeal reveals a jurisdictional defect. Specifically, the district court entered its order denying appellant's petition on June 27, 2022. The district court served notice of entry of that order on appellant on June 29, 2022. Appellant did not file the notice of appeal, however, until October 4, 2022, well after the expiration of the 30-day appeal period prescribed by NRS 34.575. *See* NRAP 4(b); *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994) (explaining that an untimely notice of appeal fails to vest jurisdiction in this court). Accordingly, this court

ORDERS this appeal DISMISSED.[1]

_____, J.
Cadish

_____, J.
Pickering

_____, Sr.J.
Gibbons

[1]The Honorable Mark Gibbons, Senior Justice, participated in this matter under a general order of assignment.

22-33379

cc: Hon. Tierra Danielle Jones, District Judge
Darnell Webster
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

2